**Jerry Ricky HANNAH, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 014–81.**

Court of Criminal Appeals of Texas, En Banc.

May 5, 1982.

Albert S. Low, Jr., Houston, for appellant.

John B. Holmes, Jr., Dist. Atty., James C. Brough and Kay Burkhalter, Asst. Dist. Attys., Houston, Robert Huttash, State's Atty., Austin, for the State.

## ORDER

PER CURIAM.

It now appearing that the decision to grant discretionary review was improvident, the appellant's petition for discretionary review is hereby refused.